Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LOPEZ, | ) |
| | ) CASE NO.: 2:25-cv-03340-JC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING/APPROVING |
| | ) STIPULATION AND AWARDING |
| FRANK BISIGNANO, | ) EAJA FEES/COSTS |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), which the Court approves/grants, IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND ONE HUDRED DOLLARS AND 00/100 ($7,100.00) and $405 in costs subject to the terms of the tipulation.

DATED: 12/31/2025            /s/
                             HON. JACQUELINE CHOOLJIAN
                             UNITED STATES MAGISTRATE JUDGE

-1-